Received From
SEATTLE

APRIL 24, 2012

APR 2 6 2012

Registered Mail Number -

TO: CHASE BANK

PO Box 78420

Phoenix, AZ 85062-8420

**MS125025 BHS**

FROM: Shawn Raymond Petree, Secured Party Creditor

4315 NE 45th Street

Seattle, WA 98105

Non-Domestic without the US

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 2 4 2012  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## ADMINISTRATIVE AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT, OPPORTUNITY TO CURE AND COUNTERCLAIM

The following document is an administrative procedure, within the admiralty. This document is tendered for the purpose of remedy and relief of the fraudulent claim(s) that you have stated against the above named Secured Party Creditor. If CHASE has lawful proof of claim against the above named Secured Party Creditor, it must be submitted according to the terms and conditions contained herein in order to cure your dishonor in commerce.

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

**AS TO COUNT ONE:** I believe that the CHASE has no lawful proof of claim. I demand that CHASE provide me with the original wet ink signature promissory note for my inspection to determine if they have lawful proof of their alleged claim. I believe that the note has been sold and credit was not given to my account. As you should know the law requires lawfully documented proof of claim when it is demanded. I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.



12-MC-05025-MISC

**AS TO COUNT TWO:** I demand to inspect the 1099-A forms that were filed to the IRS showing if the Secured Party Creditor named herein was the Payor or Recipient of the funds that were created. These funds were created by my credit and signature and were not an asset of CHASE as is stated on their claim. I will also request a copy from the IRS along with an IRS form 4506-T to verify that the forms were not filed fraudulently.

## OPPORTUNITY TO CURE

CHASE will have 21 calendar days to cure their dishonor in commerce by complying with one of the following:

1. Provide lawful proof of claim by presenting to me lawful document/s that show your proof of claim. This must include the original note, or other lawful documents, with wet ink signatures along with an affidavit attesting to the lawful validity of this claim by an officer or representative of CHASE. This affidavit must be signed under oath and penalties of the law including, but not limited to perjury, OR,

2. Pay the total amount of damages as indicated in the counterclaim herein, OR

3. Surrender all public hazard bonds, corporate bonds, blanket bonds, insurance policies, CAFR funds, 401-k(s), 801k(s), retirement funds, personal wealth and properties, or any other source of revenue as needed to cure your dishonor in commerce and submit to the authorities for criminal prosecution.

4. Your failure to comply and cure your dishonor by answering all of the negative averments, point by point, contained herein within 21 days will be default. Failure to provide lawfully documented evidence that is certified lawful, true, and correct by the officer(s), representatives, or agent(s) of CHASE will be default. Partial or incomplete answers of any or all negative averments will be default. Default will be complete agreement with all of the terms, provisions, and conditions of this contract. This is a contract in admiralty. Default by any of the above terms, provisions, and conditions will be a self-executing confession of judgment by all parties, named or unnamed, who are in opposition to the Secured Party Creditor named herein. Anyone who interferes or involves him/herself with this claim will be joined to this claim and will be jointly and severally liable for all terms, provisions, conditions, and damages as indicated in this contract.

## COUNTERCLAIM

The following damages have been assessed against you if and when you fail to cure you dishonor in commerce as is stated in the Opportunity to Cure contained herein.

1. Failure to state a claim upon which relief can be granted. $1,000,000.00 (One Million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

2. Dishonnor in Commerce - $1,000,000.00 (One Million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

3. Collusion - $1,000,000.00 (One Million) US Dollars per count, per violation, per officer, agent, or representative who is involved with this action.

4. Theft of Funds - $1,000,000.00 (One Million) US Dollars per violation, per officer, agent, or representative who is involved with this action.

5. Racketeering - $1,000,000.00 (One Million) US Dollars per violation, per officer, agent, or representative who is involved with this action.

6. Conspiracy - $1,000,000.00 (One Million) US Dollars per violation, per officer, agent, or representative who is involved with this action.

_____
Shawn Raymond Petree - Secured Party Creditor - Date

**JURAT**

State of ___WA___ )
) ss.
County of ___KING___ )

On the _24_ day of ___April___, 2012 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man or woman whose name is subscribed to the within instrument, and acknowledged to me that he or she executed the same in his/ her authorized capacity, and that by his/ her signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

___Wenceslao Ruiz___          ___/s/___                    [Notary Seal/Stamp:
**Notary name PRINTED**        **Notary Signature**         WENCESLAO RUIZ
                                                            NOTARY PUBLIC
___Auburn, WA.___              ___06-06-13___               STATE OF WASHINGTON
**Notary City and State**      **MY commission expires**    6-06-13]